# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GARY C. BERTRAND AND MELISSA P.
BERTRAND

VERSUS

GLENN J. PATRICK; AIG PROPERTY
CASUALTY COMPANY; AND LOUISIANA
FARM BUREAU CASUALTY INSURANCE
COMPANY

NO.  2020 CW 0173

APR 2 8 2020

Consolidated With

LISA SIMPSON AND LESTER SIMPSON

VERSUS

GLENN PATRICK, AIG PROPERTY
CASUALTY COMPANY AND STATE FARM
MUTUAL INSURANCE COMPANY

---

In Re:   Glenn Patrick and State Farm Fire and Casualty Company,
         applying for supervisory writs, 18th Judicial District
         Court, Parish of Iberville, No. 77,752 c/w 77,774

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction   Co.,   Inc.   v.   Hotel   Investors   of   New   Iberia,   Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**WJB**

**Guidry, J.,** dissents.  The records requested from Our Lady
of the Lake Regional Medical Center are discoverable only to the
extent   that   they   relate   to   the   blood   alcohol   level   and/or
alcohol consumption of Mr. Patrick on the date of the accident
in   question.   See   La.   Code   Evid.   art.   510(B)(2)(i).
Accordingly, I would order Our Lady of the Lake Regional Medical
Center   to   produce   all   responsive   documents   and   direct   the
district court to conduct an *in camera* review of the responsive
documents to determine which portions are subject to production.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.